**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No.  13-23255 EEB |
| CONSTRUCTION MATERIALS OF ) | |
| AMERICA, LLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**MOTION FOR AUTHORITY TO (A) SELL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 363(b)(1), (f)(1), (f)(4), AND (f)(5) AND/OR 363(h) AND (B) EMPLOY AND COMPENSATE DICKENSHEET & ASSOCIATES, INC. AS AUCTIONEER PURSUANT TO 11 U.S.C. § 327(a)**

JOHN C.SMILEY, Chapter 7 Trustee ("Trustee"), by and through his counsel, Sender Wasserman Wadsworth, P.C., hereby requests authority to sell two 1994 Strick Trailers owned by the estate at public auction pursuant to 11 U.S.C. §363(b); to employ Dickensheet & Associates, Inc. as the auctioneer; and to pay the auctioneer's fees and expenses following sale.  In support hereof, Trustee states as follows:

1. Construction Materials of America, Inc. ("CMA") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on or about August 1, 2013, and the CMA Trustee has been appointed in that case.

2. Construction Materials of America, LLC was formed just over three years ago, on June 17, 2010, as a limited liability company in Colorado.

3. On or about March 18, 2014, Mr. Vanderslice was advised that Park Western Leasing, Inc. no longer claimed a security interest/leasehold interest in two (2) 1994 Strick Trailers described as follows:

    (a) 1994 Strick Trailer, VIN 1S12DT20XRG686249
    (b) 1994 Strick Trailer, VIN 1S11DT200RG686241

("Trailers").

4. Pursuant to 11 U.S.C. § 363(f)(2), a trustee "may sell property … free and clear of any interest in such property of an entity other than the estate … if such entity consents.

5. The Trustee desires to employ Dickensheet & Associates, Inc. as auctioneer for the auction of two Trailers based on its experience in conducting auctions, and believes that Dickensheet & Associates, Inc. is well qualified to assist the Trustee.

6.  Trustee further intends to pay storage costs and other expenses related to the sale and storage of the Trailers.

7.  Edward Vanderslice and Flatirons Capital Partners, LLC may hold an interest in the Trailers and by this Motion, Mr. Vanderslice and Flatirons Capital Partners, LLC consent to the sale free and clear of any interest in the property. A true and correct copy is attached hereto as **Exhibit 2**.

8.  Park Western Leasing, Inc. may be the owner/lessor of the property on the Texas Certificate of Title. Park Western Leasing, Inc. hereby consents to the sale of the Trailers and will execute such documents as may be necessary to convey title to the equipment to Concrete Now. A true and correct copy is attached hereto as **Exhibit 3**.

9.  Trustee seeks to employ Dickensheet & Associates, Inc. pursuant to 11 U.S.C. §327(a), to conduct a public auction of the Trailers online **Friday, March 27, 2015 at 2:00 p.m.**, at 1501 West Wesley Avenue, Denver, Colorado, or, if an Order authorizing the sale of the Trailers has not entered in time for the March 27, 2015 auction, at the next regularly scheduled auction as soon as practicable after turnover of the trailer and employment of the auctioneer at 1501 West Wesley Avenue, Denver, Colorado, or, if an Order authorizing the sale of the Trailers. Dickensheet & Associates, Inc. is an experienced auctioneer in the Denver metropolitan area. Subject to the supervision and further Order of this Court, Dickensheet & Associates, Inc. will perform the following services:

    (a)  secure and store the Trailer prior to sale;
    (b)  prepare the Trailer for sale;
    (c)  advertise the Trailer for sale and advertise the date, time and place of the auction;
    (d)  conduct the auction;
    (e)  collect and remit all proceeds of sale;
    (f)  account for and pay all sales taxes due as a result of such sale;
    (g)  pay or discharge any tax lien or other valid lien on the Trailer; and
    (h)  prepare a report after sale showing the name of the purchaser(s) and the sales price of the Trailer.

10. Trustee intends to pay Dickensheet & Associates, Inc. a 10% commission of the total amount of the gross sales price received from any sale. Trustee also intends to reimburse Dickensheet & Associates, Inc. for actual and necessary costs to secure, store, and market the Trailers.

11. The Trustee anticipates that the costs associated with securing the Trailers, preparing them for sale, and marketing the Trailers prior to auction should not exceed $2,350.00.

12. The rates to be charged to the estate by Dickensheet & Associates, Inc. are customary and standard rates charged by auctioneers in the Denver metropolitan area. Dickensheet & Associates, Inc. will not receive compensation and reimbursement of expenses from the estate except in accordance with the Bankruptcy Code and Rules, and will abide by all

fee procedures ordered by this Court.

13. Dickensheet & Associates, Inc. is licensed to provide auctioneering services in the State of Colorado and has a Motor Trailer Dealers License and a Dealer's Bond in the amount of $30,000.00. Bond No. 3312634 is a bond issued in favor of the State of Colorado. This Bond has been in force since June 1995 and is paid up to the next renewal date of June 30, 2015 (the Bond renews continuously until cancelled by Principal).

14. Dickensheet & Associates, Inc. has a blanket bond in the amount of $100,000.00. Bond No. 124561 is a bond issued in favor of the U.S. Government. This Bond has been in force since June 1, 1992 and is paid up to the next renewal date of June 1, 2015 (the Bond renews continuously until cancelled by Principal).

15. Dickensheet & Associates, Inc. has liability insurance in the amount of $2,000,000.00; it also has theft, fire and casualty insurance of $500,000.00. These policies are issued by EMC Insurance, Policy No. 4X52487. The insurance is in effect and is paid quarterly through the next renewal date of August 25, 2015.

16. To the best of Trustee's knowledge, Dickensheet & Associates, Inc. is a disinterested person and does not hold or represent an interest adverse to Trustee or the estate. Dickensheet & Associates, Inc. does not have any connection with Trustee, the Debtors, creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Dickensheet & Associates, Inc. has been employed by the Trustee in other unrelated bankruptcy cases.

17. Attached hereto as **Exhibit 1** is the Affidavit of Christine Dickensheet, which states that Dickensheet & Associates, Inc. is a disinterested person under 11 U.S.C. §§101 and 327. The Affidavit also states that Dickensheet & Associates, Inc. is not a creditor, equity security holder or insider of the Debtors and does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in Debtors or for any other reason. The Affidavit further states that Dickensheet & Associates, Inc. does not hold or represent an interest adverse to Trustee or the estate.

18. Trustee believes that there are sound business reasons for selling the Trailers, and that the sale of the Trailers by public auction to be conducted by Dickensheet & Associates, Inc. in the manner described above is in the best interest of the bankruptcy estate and creditors.

19. Trustee also seeks authority to pay, from the proceeds of the sale, costs of sale, including the auctioneer's commission to Dickensheet & Associates, Inc. Trustee requests authority to pay Dickensheet a 10% commission of the total amount of the sales price received from any sale of the Trailers. Trustee also requests authority to reimburse Dickensheet & Associates, Inc. for all necessary costs and expenses incurred in the process of selling and securing the Trailer prior to the auction, said costs not to exceed $2,350.00.

20. Trustee is not in possession of the original Certificate of Title for the Trailers. However, to enable the Trustee to sell the Trailers, Trustee will be required to transfer title to the successful bidders within the application time period provided for under state law. Accordingly, the Trustee requests that as part of the Order approving this Motion, that the Court direct the Colorado Department of Revenue to issue titles to the Trailer to the successful purchasers at the auction.

21. The Trustee also requests that the Court suspend the operation of Fed.R.Bankr.P. 6004(h), which automatically stays for fourteen days an order authorizing the use, sale or lease of property other than cash collateral.

WHEREFORE, Trustee respectfully requests that the Court enter an order authorizing Trustee to (i) sell the Trailers at public auction pursuant to Bankruptcy Code §363(b), free and clear of all liens, which will be paid out of the proceeds of sale pursuant to Bankruptcy Code §363(f); (ii) employ Dickensheet & Associates, Inc. to conduct a public auction of the Trailers in the manner described above and to compensate Dickensheet & Associates, Inc. at the rate of 10% of the total sale proceeds of the Trailers, plus reasonable and necessary costs and expenses incurred in connection with the sale, not to exceed a maximum of $2,350.00; (iii) directing the Colorado Department of Revenue to issue titles to the Trailer to the successful purchasers at auction; and (iv) for such other and further relief as the Court deems just and proper.

DATED this 4th day of March, 2015.

Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ Robert D. Lantz*
Robert D. Lantz, #30825
David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
303-296-1999 / 303-296-7600 FAX
rlantz@sww-legal.com
dwadsworth@sww-legal.com
Attorneys for the Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

RE:

| | | |
|---|---|---|
| CONSTRUCTION MATERIALS OF AMERICA LLC | ) ) | Case No: 13-23255EEB Chapter 7 |
| DEBTOR | ) | |

## AFFIDAVIT OF AUCTIONEER/LIQUIDATOR

The undersigned submits this affidavit in support of employment by the Trustee as set forth in the Trustee's Motion to Appoint Professional as Auctioneer/Liquidator to the Trustee that was filed by the Trustee.

STATE OF COLORADO )
) ss.
COUNTY OF DENVER )

I, Christine Dickensheet, of Dickensheet & Associates, Inc., being first duly sworn, do state and aver as follows:

1. I am an experienced Auctioneer/Liquidator licensed to provide these services in the State of Colorado.

2. I maintain an office for the practice of auctioning in Colorado with a mailing address of 1501 W Wesley Avenue, Denver, Colorado 80223. My telephone number is (303) 934-8322.

3. To, the best of my knowledge, information and belief neither I nor any employees, officers or directors of Dickensheet & Associates, Inc., hold any interest adverse to the bankruptcy estate, the Debtors, the creditors, the Chapter 7 Trustee or the United States Trustee. I believe that all employees, officers and directors of Dickensheet & Associates, Inc. are disinterested person with the meaning of 11 U.S.C. 101(14).

4. To, the best of my knowledge, information and belief neither I nor any employees, officers or directors of Dickensheet & Associates, Inc. have any connections with the Debtors, creditors, any other party of interest, their respective attorneys and accountants or any person employed in the office of the U.S. Trustee. The only connection that I have with the Chapter 7 Trustee is that I have been employed by the Trustee in other unrelated bankruptcy cases.

5. Dickensheet & Associates, Inc. has a blanket bond in the amount of one hundred thousand dollars ($ 100,000.00). Bond No. 124561 is a bond issued in the favor of the U.S. Government. This Bond has been in force since June 1, 1992 and is paid up to the next renewal date of June 1, 2015 (the Bond renews continuously until canceled by Principal).

6. Dickensheet & Associates, Inc. has a Motor Vehicle Dealers License and a Dealer's Bond for $ 30,000.00. Bond No. 3312634 is a bond issued in favor of the State of Colorado. This Bond has been in force since June 1995 and is paid up to the next

renewal date of June 30, 2015 (the Bond renews continuously until canceled by Principal). Dickensheet & Associates, Inc. is a licensed Federal Firearms dealer, license number 5-84-031-01-4K-00716.

7. Dickensheet & Associates, Inc. has liability insurance in the amount of $ 2,000,000.00; it also has theft, fire and casualty insurance of $ 500,000.00. These policies are issued by EMC Insurance, policy number 4X52487. The insurance is in effect and is paid quarterly through the next renewal date of August 25, 2015.

8. I have agreed to represent the Trustee for reasonable compensation, which is a ten percent (10%) commission on the gross proceeds of sale. In addition, I will receive reasonable compensation for my actual and necessary costs of sale to secure, transport, advertise, and store the property to be sold and others.

9. I have not shared nor agreed to share compensation received herein with any person.

10. It is my understanding that the assets to be sold in the within case is (2) 1994 Strick Trailers, 1S12DT20XRG686249, 1S11DT200RG686241.

11. I would contemplate that the assets of this estate would be placed, after approval of employment and the motion to sell, into the next routinely scheduled auction or similar assets and vehicle sale(s) or into an individual auction of these specific items, and that the estate would not, incur unnecessary advertising expenses related to the auction sale(s).

12. After any sale conducted by me, I will submit to the Trustee the proceeds from the sale. At that time I will also submit to the Trustee and the U.S. Trustee a Report of Sale containing a complete statement and itemization of all assets and equipment sold, the sale prices, the purchasers and the costs of sale.

Executed this 2nd of March, 2015

_____
Christine Dickensheet

Subscribed and sworn to before me this 2nd day of March, 2015 by Paula Fern Moody

_____
Notary Public

My Commission Expires: May 7, 2018

PAULA FERN MOODY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104014704
MY COMMISSION EXPIRES MAY 7, 2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| CONSTRUCTION MATERIALS OF | ) Case No. 13-23255 EEB |
| AMERICA, LLC, | ) Chapter 7 |
| | ) |
| Debtor. | ) |

## CONSENT OF EDWARD VANDERSLICE, INDIVIDUALLY, AND IN HIS CAPACITY AS 100% OWNER OF FLATIRONS CAPITAL PARTNERS, LLC TO THE SALE OF TWO 1994 STRICK TRAILERS

EDWARD VANDERSLICE hereby states as follows:

1. Construction Materials of America, Inc. ("Debtor"), filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on or about August 1, 2013 ("Petition Date").

2. Mr. Stratton is the sole member and manager of Construction Materials Transportation and Services, Inc. ("CMTS").

3. CMTS, in turn, owns 70% of Debtor.

4. The remaining 30% interest in Debtor is owned by Flatirons Capital Partners LLC.

5. Flatirons Capital Partners, LLC is owned 100% by Edward Vanderslice.

6. Mr. Vanderslice is the managing member of Debtor.

7. On or about March 18, 2014, Mr. Vanderslice was advised that Park Western Leasing, Inc., no longer claimed a security interest/leasehold interest in two 1994 Strick Trailers described as follows:

    (a) 1994 Strick Trailer, VIN 1S12DT20XRG686249
    (b) 1994 Strick Trailer, VIN 1S11DT200RG686241

("1994 Strick Trailers")

8. The Trustee intends to sell the 1994 Strick Trailers via auction conducted by Odessa Auction & Sales, 4809 S CR 1310, Odessa, TX 79765.

9. Edward Vanderslice and Flatirons Capital Partners, LLC may hold an interest in the Cement Mixers and 1994 Strick Trailers. Mr. Vanderslice, individually, and as owner of Flatirons Capital Partners, LLC consent to the sale of the 1994 Strick Trailers free and clear of any interest in the property and will execute such documents as may be necessary to convey title to the equipment to the purchaser.

1. The proceeds of the sale of the Strick Trailers shall be paid to the estate for the benefit of the creditors of the estate.

_____
Edward Vanderslice, Individually, and as
Sole Shareholder of Flatirons Capital
Partners, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
CONSTRUCTION MATERIALS OF ) Case No. 13-23255 EEB
AMERICA, LLC, ) Chapter 7
)
Debtor. )

**CONSENT OF PARK WESTERN LEASING, INC. TO THE SALE OF TWO 1994 STRICK TRAILERS FREE AND CLEAR OF ANY INTEREST THEREIN**

HERM HOFF, President of Park Western Leasing, Inc., hereby states as follows:

1. Construction Materials of America, Inc. ("Debtor"), filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on or about August 1, 2013 ("Petition Date").

2. Mr. Stratton is the sole member and manager of Construction Materials Transportation and Services, Inc. ("CMTS").

3. CMTS, in turn, owns 70% of Debtor.

4. The remaining 30% interest in Debtor is owned by Flatirons Capital Partners LLC.

5. Flatirons Capital Partners, LLC is owned 100% by Edward Vanderslice.

6. Mr. Vanderslice is the managing member of Debtor.

7. On or about March 18, 2014, Mr. Vanderslice was advised that Park Western Leasing, Inc., no longer claimed a security interest/leasehold interest in two 1994 Strick Trailers described as follows:

    (a) 1994 Strick Trailer, VIN 1S12DT20XRG686249
    (b) 1994 Strick Trailer, VIN 1S11DT200RG686241

("1994 Strick Trailers).

8. The Trustee intends to sell the 1994 Strick Trailers via auction conducted by Odessa Auction & Sales, 4809 S CR 1310, Odessa, TX 79765.

9. Park Western Leasing, Inc. is listed as the owner/lessor of the property on the Texas Certificate of Title. Park Western Leasing, Inc. hereby consents to the sale of the 1994 Strick Trailers and will execute such documents as may be necessary to convey title to the purchaser.

10. The proceeds of the sale of the 1994 Strick Trailers shall be paid to the estate for

the benefit of the creditors of the estate.

_____
Herm Hoff, President of Park Western Leasing, Inc.